AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Clifton Douglas McDonald and<br>Ray Abdul Pritchard,<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) | Case No. 12-8486-WM |

FILED by _____ D.C.

DEC 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/09/12__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(i) and<br>8 U.S.C. § 1324(a)(1)(A)(v)(I) | Alien Smuggling and Conspiracy |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Stacy, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12-14-2012

_____
Judge's signature

City and state: West Palm Beach, Florida    William Matthewman, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Scott Stacy, being duly sworn, depose and state:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), United States Border Patrol and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause to charge Clifton Douglas McDONALD and Ray Abdul PRITCHARD with a violation of a Title 8, United States Code, Section 1324.

## FACTUAL BACKGROUND

4. On December 9, 2012, approximately 9:11 p.m., a Police Department dispatcher received a call referencing a boat landing on the beach at a 'walk-over'. Jupiter Police Department and Juno Beach officers responded to the area of 1921 S. A1A (Ocean Boulevard), Jupiter, Palm Beach County in the Southern District of Florida.

5. At approximately 9:25pm U.S. Border Patrol Agents of the West Palm Beach Station responded to the reported migrant landing reported by the Jupiter Police Department.

6. Upon responding officers saw a Boston Whaler vessel, approximately 22' bearing no readable registration numbers, located on the beach near the 2100 block of A1A (Ocean Boulevard). After a search of the area agents, police officers, and deputy sheriffs were able to locate three Colombian males, one Colombian female and one Brazilian male hiding in the brush, and three males walking the road. A Border Patrol agent responded to these locations and determined through questioning that all of the foreign nationals were present in the United States without the proper immigration documents to enter or remain in the United States legally. All eight undocumented aliens were placed under administrative arrest and transported to the Border Patrol station for processing and interviews.

7. Another caller to the Jupiter Police Department reported that an unknown black male with a patch on his head was trying to get into the caller's vehicle (parked on

Ocean Boulevard). When the caller approached the subject, the subject first walked toward the caller and then walked away from the caller. The caller remained on the phone call and observed the black male get into a green Honda. The caller gave the Florida license plate number as part of a description of the vehicle and maintained visual contact with the Honda.

8. Jupiter police officers responded to the caller while the caller remained on the line giving the updated location and direction of travel of the Honda. A vehicle stop was conducted by the Jupiter police officers near Indiantown Road and Center Street in Jupiter, Palm Beach County in the Southern District of Florida.

9. A Border Patrol agent responded to the scene and questioned the occupants of the vehicle as to their citizenship. The driver, who is a cooperating witness, claimed to be a United States citizen and had her 11 year old daughter in the vehicle with her. The other three passengers, Mara Yara LECADIO RODRIGUES, Clifton Douglas MCDONALD and Ray Abdul PRITCHARD, admitted to being foreign nationals without proper immigration documents to enter or remain in the United States legally.

10. The cooperating witness, RODRIGUES, MCDONALD AND PRITCHARD were placed under administrative arrest and transported to the Border Patrol station for processing further and investigation of alien smuggling. The green Honda CRV was towed to the Border Patrol station for seizure.

11. At approximately 6:30 a.m. Border Patrol responded to Juno Beach police officers who had two people, later identified as Steve Anthony RITTIE and Jermaine Beswick Barrington SENIOR, whom they suspected were from the recent migrant landing. Both subjects' pants and shoes were wet and sandy. One of the subjects had a Jamaican passport. Through record checks and questioning it was determined that both subjects were Jamaican nationals and were part of the migrant landing from the previous night. The agent placed RITTIE and SENIOR under administrative arrest and transported them to the Border Patrol station for processing and interviews.

## INTERVIEWS

12. At the Border Patrol station, RODRIGUES positively identified McDONALD, through a photo lineup, as the captain of the vessel that she took from the Bahamas to the United States last night. RODRIGUES positively identified PRITCHARD, through a photo lineup, as the co-captain of the vessel. RODRIGUES said that PRITCHARD was the captain of a failed trip that that ended when the vessel crashed while still near the Bahamas. RODRIGUES said she paid a man in the Bahamas $4000 to be smuggled. RODRIGUES further stated that McDONALD and PRITCHARD work this same individual. RODRIGUES described the vessel as a Boston Whaler with two outboard engines.

13. At the Border Patrol station the Brazilian male, identified as Jose Maria LINO, provided a statement. LINO positively identified McDONALD as the captain

through a photo array. LINO positively identified PRITCHARD as the co-captain through a photo array. LINO said that he did not know the co-captain's name but said the co-captain helped "Bingy" (McDONALD) refuel the vessel and guide him with a GPS. LINO said he paid $4,000 to be taken from the Bahamas to the United States.

14. At the Border Patrol station, the driver of Honda, the cooperating witness, provided a statement that she made plans to pick up her boyfriend, identified as McDONALD (aka Bingy), at the beach when he arrived from the Bahamas. She said that McDONALD called her and told her to drive down the road flashing the vehicle headlights and that he would be holding the hand of a white woman, later identified as RODRIGUES. The cooperating witness picked them up and then McDONALD told her to stop and pick up a black male, later identified as PRITCHARD. The cooperating witness said that she knew McDONALD was entering the United States illegally. She stated that she believes that McDONALD is involved in the smuggling business. The cooperating witness said that McDONALD did not tell her he had anyone with him until the call about being with the white woman. The cooperating witness said she was going to ask McDONALD how much he was going to get paid for this trip because the cooperating witness said that McDONALD did not get paid for the last one.

15. On December 10, 2012, at the Border Patrol station, McDONALD asked to speak to "the boss" after having previously declined to waive his Miranda Rights. Patrol Agent in Charge F. Miller again gave McDONALD his Miranda Rights and McDONALD

indicated that he understood his rights and signed a waiver to these rights, approximately 8:00 p.m. McDONALD provided a statement admitting that he was the captain of the vessel that contained between 15-17 people on board. McDONALD claimed he stole the vessel. He stated that he was informed that a group of people wanted to come to the U.S. but they had been involved in a boat accident a couple days before. He said there was a money offer by an unknown man to do the job and was to be paid $50,000 for the trip. He said that he was to receive the money from the passengers that would be arranged through telephone contact. McDONALD said that he made plans with the cooperating witness to pick him up but that she did not know that he was bringing anyone else.

16. Interviews of all the aliens revealed that all of the aliens arrived from the Bahamas on December 9, 2012 and the smuggled aliens paid between $4,000 and $15,000 to be smuggled to the United States.

17. McDONALD and five other aliens signed a consent form to search their telephones and these phones were detained until the search can be conducted. PRITCHARD's telephone is being seized as evidence.

18. During an inventory search, subsequent to the administrative seizure of the green Honda, a Garmin GPS was found. The cooperating witness disclaimed ownership of the GPS.

WHEREFORE, based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about December 09, 2012, Clifton Douglas McDONALD and Ray Abdul PRITCHARD, the defendants, did knowingly encourage and induce an alien, that is four Colombians, three Haitians, two Brazilians and two Jamaican nationals to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, that is in violation of Title 8, United States Code, Section 1324(a)(1)(A)and(v)(I).

FURTHER AFFIANT SAYETH NAUGHT.

SCOTT STACY
BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Sworn and subscribed to before me this _14th_ day of December, 2012.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8486-WM

UNITED STATES OF AMERICA

vs.

CLIFTON DOUGLAS MCDONALD
and RAY ABDUL PRITCHARD,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
EMALYN WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33501
TEL (561) 820-8711
FAX (651) 802-1787